IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JACKY STEWART and BRANDY
ANDERSON, individually, and on behalf
Of all others similarly situated,

        Plaintiffs,

v.

FLOWERS FOODS, INC., and FLOWERS
BAKING CO. OF BATESVILLE, LLC,

        Defendant.

Case No. 1:15-cv-01162

JURY DEMAND
FLSA COLLECTIVE ACTION

---

### DECLARATION OF MICHAEL L. RUSSELL

---

I, Michael L. Russell, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Michael L. Russell and the statements contained herein are based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Tennessee. I am admitted to practice before the United States Supreme Court, Tennessee Supreme Court, the United States District Court for the Western District of Tennessee, the United States District Court for the Middle District of Tennessee, the United States District Court for the Eastern District of Tennessee, the United States District Court for the Eastern District of Arkansas, the United States District Court for the Western District of Arkansas, and the United States Court of Appeals for the Sixth Circuit.

3. My practice is devoted almost exclusively to labor and employment law. Most of my practice is spent on labor and employment litigation. I am also a Rule 31 listed mediator, and a portion of my time is also spent as a neutral in labor and employment mediations.

4. I graduated Phi Beta Kappa and Summa Cum Laude from the University of Tennessee, Knoxville (B.A., 1996). I received my law degree (J.D., 1999) from the University of Memphis, where I graduated Magna Cum Laude and was a Humphreys Law Fellow. As a law student, I served as National Chairman of the 45th National Conference of Law Reviews in Cincinnati, Ohio.

5. I am the immediate past chair of the Tennessee Bar Association Labor and Employment Section.

6. I am the current president of the Nashville chapter of the Federal Bar Association.

7. I have been asked to lecture on the topic of labor and employment law on many occasions. Most recently, I've spoken at the 2017 ABA Federal Labor Standards Legislation Committee Mid-Winter Meeting in Playa del Carmen, Mexico, the 2015 D.R.I. Labor and Employment Conference in Scottsdale, Arizona and the 2015 Sixth Circuit Judicial Conference in Detroit, Michigan.

8. I am currently scheduled to speak at the 2017 National Employment Lawyers Convention in San Antonio, Texas, the 2017 DRI Labor and Employment Conference in Nashville, and the 2017 Tennessee Bar Association Labor and Employment Forum.

9. I have been asked to speak on the topic of labor and employment law by the American Bar Association, the Tennessee Bar Association, the Federal Bar

Association, the Memphis Bar Association, the Williamson County Bar Association, the Tipton County Bar Association, and the Nashville Bar Association.

10. I currently teach a course at the Belmont University College of Law each spring. In the past, I have served on the adjunct faculty at Lambuth University and the University of Tennessee at Martin.

11. I have published articles in the *American Journal of Trial Advocacy*, the *University of Memphis Law Review*, the *Ohio Northern University Law Review*, the *Seton Hall Constitutional Law Journal*, and *Employee Rights Quarterly*. One of my articles was cited in testimony before the United States Congress.

12. I have tried numerous cases in both federal and state courts. In the last six years, I have tried six jury trials and two bench trials in courts of record. All of those were employment law cases. Three of those were FLSA cases. Since the beginning of 2016, I estimate I have conducted about seventy-five employment mediations as a neutral. I believe I am well-versed in the area of employment law generally and wage and hour law specifically.

13. I am a partner in the law firm of Gilbert Russell McWherter Scott Bobbitt PLC. I have practiced with my firm for over sixteen (16) years. I was in private practice in Memphis before joining my current firm.

14. I have previously been approved by the Middle District of Tennessee at an hourly rate of $450. However, the billing for this matter reflects a rate of $400.00 per hour. In my opinion, an hourly rate of $400.00 for a partner is reasonable for lawyers with significant experience in this type of litigation. Furthermore, an hourly rate of $275.00 per hour is appropriate for associates in this type of class litigation.

15. I am one of two attorneys in my firm that worked on this case, but I had primary responsibility for the prosecution of this action. I collected the time records for our law firm detailing our representation of Plaintiffs. Those time records are attached. The following chart contains the information submitted by my firm, broken out by lawyer, regarding time spent as of March 20, 2017.

| ATTORNEY | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Michael Russell | 69.75 | $400.00 | $27,900.00 |
| Emily Emmons | 88.00 | $275.00 | $24,200.00 |
| TOTAL | 157.75 | | $52,100.00 |

16. The last time entry in the attached billing records is for March 20, 2017. The attorneys in my firm have billed additional time since this date. For example this declaration is being finalized and executed after March 20, 2017. Therefore, actual attorney's fees are higher than reflected in the billing records that have been provided. However, we have not included the additional time for convenience.

17. I have personally reviewed the time records of each attorney representing Plaintiffs, and all time billed was reasonably necessary to achieve the successful outcome achieved for Plaintiffs in this case. In my judgment, there is not any time for which compensation is now requested in this case that was excessive, redundant, or otherwise unnecessary.

18. The total attorney's fees based on the above hourly rates for attorneys in my firm equal $52,100.00. My firm expended all of this time and resources without any assurance of compensation for our work. This does not include the work of my co-counsel's firm.

19. In addition, my firm has advanced expenses in the amount of $1,536.28. A detailed breakdown of those expenses is contained on the attached billing summary. They consist exclusively of deposition expenses, mileage, and copies.

20. I have attempted to exercise "billing judgment" in this fee request. For example, I have <u>omitted all time entries for paralegals</u> and some time entries of my associate, Ms. Emmons.

I declare that the foregoing is true and correct.

_____
Michael L. Russell

Date: _____March 23, 2017_____

GILBERT RUSSELL MCWHERTER SCOTT & BOBBITT PLC
101 North Highland
Jackson, TN  38301
(731) 664-1340
www.gilbertfirm.com

TAX ID# 86-1106459

Jacky Stewart

Page: 1
March 23, 2017
Account No:    2919-001C
Statement No:        6698

Jacky Stewart, et al. v. Flowers Foods, Inc., et a

Draft Statement

## Fees

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 10/14/2015 | MLR | TC with Mike Weinman; review pleadings; review related litigation | 400.00 | 2.50 | 1,000.00 |
| 10/15/2015 | MLR | Meeting with Emily Emmons regarding drafting project and facts of case | 400.00 | 0.50 | 200.00 |
| 10/19/2015 | MLR | TC with Mike Weinman re: litigation strategy | 400.00 | 0.50 | 200.00 |
| 10/30/2015 | MLR | Conference call with Mike Weinman regarding status and future course | 400.00 | 0.75 | 300.00 |
| 11/06/2015 | ESE | Draft Motion for Conditional Cert | 275.00 | 4.00 | 1,100.00 |
| 11/13/2015 | ESE | Review Flower Foods Summary Judgment Motion | 275.00 | 3.00 | 825.00 |
| 11/18/2015 | ESE | Research Motor Carrier Exemption | 275.00 | 4.00 | 1,100.00 |
| 11/19/2015 | ESE | Draft Motion for Conditional Certification | 275.00 | 1.00 | 275.00 |
| 11/20/2015 | ESE | Research to Amend Complaint | 275.00 | 0.50 | 137.50 |
| 11/23/2015 | MLR | Review proposed Amended Complaint | 400.00 | 0.50 | 200.00 |
| 12/03/2015 | ESE | Draft Motion for Conditional Certification | 275.00 | 4.00 | 1,100.00 |
| 12/04/2015 | MLR | Review and edit Motion for Certification and brief; TC with Jon Harris; email to co-counsel re depos | 400.00 | 2.50 | 1,000.00 |
|  | ESE | Draft Motion for Conditional Certification | 275.00 | 3.50 | 962.50 |
| 12/07/2015 | MLR | Work on Motion for Certification | 400.00 | 2.00 | 800.00 |
| 12/08/2015 | MLR | Exchange emails with opposing counsel regarding depo dates; phone conference with Mike Weinman | 400.00 | 1.00 | 400.00 |
|  | MLR | Work with Robert and John Harris in scheduling depos | 400.00 | 0.50 | 200.00 |
|  | ESE | Edit Motion for Conditional Cert | 275.00 | 2.00 | 550.00 |
| 12/14/2015 | ESE | Add new section to Mot. for Cond'tl. Cert. | 275.00 | 1.50 | 412.50 |

Jacky Stewart

March 23, 2017
Account No: 2919-001C
Statement No: 6698

Jacky Stewart, et al. v. Flowers Foods, Inc., et a

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 12/15/2015 | MLR | TC with Jon Harris regarding status | 400.00 | 0.25 | 100.00 |
| | MLR | Review discovery responses and email co-counsel regarding same | 400.00 | 0.25 | 100.00 |
| 12/21/2015 | ESE | Research Motion to Reaffirm Dates | 275.00 | 0.50 | 137.50 |
| 12/29/2015 | MLR | Document review | 400.00 | 1.00 | 400.00 |
| 01/04/2016 | MLR | TC with Mike Weinman regarding cases status | 400.00 | 0.75 | 300.00 |
| 01/06/2016 | MLR | Review pleadings from similar cases in other jurisdictions | 400.00 | 1.50 | 600.00 |
| 01/07/2016 | ESE | Draft Reply- Motion to Amend Complaint | 275.00 | 4.00 | 1,100.00 |
| 01/08/2016 | ESE | Draft Reply- Motion to Amend Complaint | 275.00 | 2.00 | 550.00 |
| 01/11/2016 | MLR | Legal research on meter carrier issue | 400.00 | 2.50 | 1,000.00 |
| 01/19/2016 | MLR | Rev. file and prep for meeting with clients | 400.00 | 2.00 | 800.00 |
| | ESE | Prep for Depo Meeting | 275.00 | 2.00 | 550.00 |
| 01/27/2016 | ESE | Review NC Case Transcript | 275.00 | 1.50 | 412.50 |
| 01/28/2016 | ESE | Outside Sales Research | 275.00 | 2.00 | 550.00 |
| 01/29/2016 | MLR | Review file to prep for meeting with clients; meeting with clients in Jackson to prep for depos; round trip travel. | 400.00 | 8.00 | 3,200.00 |
| 02/01/2016 | ESE | Document Production Review | 275.00 | 3.00 | 825.00 |
| 02/02/2016 | ESE | Travel to Jackson; attend Stewart Deposition | 275.00 | 8.00 | 2,200.00 |
| 02/03/2016 | ESE | Attend Anderson Deposition; travel | 275.00 | 6.00 | 1,650.00 |
| 03/18/2016 | ESE | T/c with Jim Johnson re: potential new opt-ins | 275.00 | 0.50 | 137.50 |
| 03/31/2016 | ESE | Review Response to Motion for Conditional Cert; send comments to Mike Weinmann | 275.00 | 0.50 | 137.50 |
| 04/01/2016 | ESE | Draft Motion for Leave to File Reply | 275.00 | 0.50 | 137.50 |
| 04/05/2016 | ESE | Meet with Steven Long; get declaration | 275.00 | 1.00 | 275.00 |
| 04/07/2016 | ESE | Meeting with potential witness or opt in and travel | 275.00 | 5.00 | 1,375.00 |
| 04/19/2016 | ESE | Draft Reply to Motion for Conditional Certification | 275.00 | 4.00 | 1,100.00 |
| 04/22/2016 | ESE | Draft Reply to Motion for Conditional Certification | 275.00 | 5.00 | 1,375.00 |
| | MLR | Work on Reply to Response in Opposition to Conditional Cert. | 400.00 | 1.00 | 400.00 |
| 04/28/2016 | ESE | Travel and attend status conference in Jackson with Judge Bryant and review file to prepare for same | 275.00 | 6.00 | 1,650.00 |
| 07/26/2016 | MLR | Receipt and review Report and Recommendation from the Court. | 400.00 | 0.50 | 200.00 |

Jacky Stewart

March 23, 2017
Account No: 2919-001C
Statement No: 6698

Jacky Stewart, et al. v. Flowers Foods, Inc., et a

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/08/2016 | MLR | TC with co-counsel; TC with Jon Harris regarding objection to Magistrate; review file; meeting with Emily Emmons regarding same | 400.00 | 1.00 | 400.00 |
| 08/10/2016 | MLR | Exchange emails with co-counsel; emails with Jon Harris; meeting with Emily Emmons | 400.00 | 0.50 | 200.00 |
| | ESE | TC with Mike Weinman and clerk; meeting with Michael Russell | 275.00 | 0.50 | 137.50 |
| 08/12/2016 | MLR | Receipt and review Magistrate Judge's opinion; analysis of same; meeting with Emily Emmons regarding same | 400.00 | 1.00 | 400.00 |
| | ESE | Draft stipulation; email to OC; meeting with Michael Russell | 275.00 | 1.00 | 275.00 |
| 09/13/2016 | MLR | Review file and email Jon Harris re: notice | 400.00 | 0.25 | 100.00 |
| 09/14/2016 | MLR | Receive and review defendant's proposed notice; telephone conference with Jon Harris | 400.00 | 0.50 | 200.00 |
| 09/28/2016 | MLR | Review proposed notice; notes to file; email Jon Harris | 400.00 | 0.50 | 200.00 |
| | ESE | Research opt-ins and costs | 275.00 | 0.50 | 137.50 |
| 10/03/2016 | MLR | Review proposed documents from Jon Harris; telephone conference with Mike Weinman | 400.00 | 1.00 | 400.00 |
| 10/04/2016 | MLR | Finalize notice and conference with co-counsel regarding notice | 400.00 | 0.50 | 200.00 |
| 10/06/2016 | MLR | Review proposed Agreed Order and respond to defendant regarding order | 400.00 | 0.25 | 100.00 |
| | ESE | File review | 275.00 | 0.25 | 68.75 |
| 10/28/2016 | MLR | Check on status of opt ins | 400.00 | 0.50 | 200.00 |
| 10/31/2016 | MLR | Review consent forms | 400.00 | 0.25 | 100.00 |
| 11/17/2016 | ESE | File Review | 275.00 | 0.25 | 68.75 |
| 12/15/2016 | MLR | Review proposed consent motion and request for scheduling conference; email opposing party regarding conference; meeting with Emily Emmons and Paralegal regarding status and future course | 400.00 | 1.00 | 400.00 |
| 12/20/2016 | MLR | Receive email from Calkins; letter to client regarding statute of limitations issue; left voice mail for Calkins | 400.00 | 0.50 | 200.00 |
| 01/03/2017 | MLR | Review email traffic regarding Malone Rd. facility issue; prepare memo to file regarding same | 400.00 | 0.50 | 200.00 |
| | MLR | Telephone conference with Brandon McCollins; email John Harris regarding telephone conference with McCollins | 400.00 | 0.50 | 200.00 |
| 01/04/2017 | MLR | Telephone conference with Jon Harris regarding Malone Road facility; work on proposed pleadings addressing same | 400.00 | 1.50 | 600.00 |
| 01/09/2017 | MLR | Consult with co-counsel on Defendant; proposed edits to motion; email Jon Harris regarding motion | 400.00 | 0.75 | 300.00 |

Page: 4
Jacky Stewart
March 23, 2017
Account No: 2919-001C
Statement No: 6698

Jacky Stewart, et al. v. Flowers Foods, Inc., et a

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 01/12/2017 | ESE | File Motion to Extend Deadline | 275.00 | 0.50 | 137.50 |
| 01/17/2017 | MLR | Research FLSA settlement in related case | 400.00 | 1.00 | 400.00 |
| 01/18/2017 | MLR | Telephone conference with Jon Harris; telephone conference with Mike Weinman; review file | 400.00 | 2.00 | 800.00 |
| 01/19/2017 | ESE | TC with Mike Weinman; TC with Rachael re: new opt ins | 275.00 | 0.50 | 137.50 |
| 01/20/2017 | MLR | Telephone conference with Mike Weinman; meeting with Emily Emmons; work on scheduling mediation; exchange emails with opposing counsel regarding mediation | 400.00 | 1.00 | 400.00 |
| 01/26/2017 | MLR | Exchange emails with counsel and work on rescheduling scheduling conference with all involved counsel | 400.00 | 0.50 | 200.00 |
|  | MLR | Receive and review emails regarding scheduling conference | 400.00 | 0.25 | 100.00 |
| 01/30/2017 | ESE | TC & emails with Rachael re: new opt ins | 275.00 | 0.50 | 137.50 |
| 02/06/2017 | MLR | Review file and begin prep for mediation | 400.00 | 1.00 | 400.00 |
| 02/07/2017 | MLR | Review file; telephone conference with Mike Weinman; email to Jon Harris | 400.00 | 1.00 | 400.00 |
| 02/08/2017 | MLR | Begin work on mediation statement | 400.00 | 2.00 | 800.00 |
|  | MLR | Receive and review new opt ins | 400.00 | 0.25 | 100.00 |
| 02/09/2017 | MLR | Receive and review order on Defendant's motion to communicate with potential class members; notes to file regarding same | 400.00 | 0.50 | 200.00 |
| 02/15/2017 | MLR | Review file; prep for mediation; exchange emails with Mike Weinman regarding damages | 400.00 | 0.50 | 200.00 |
| 02/16/2017 | MLR | Continue work on mediation statement | 400.00 | 1.50 | 600.00 |
| 02/17/2017 | MLR | Continue work on mediation statement | 400.00 | 1.00 | 400.00 |
| 02/20/2017 | MLR | Telephone conference with Jon Harris regarding date needed for settlement demand and damages calculation | 400.00 | 0.25 | 100.00 |
|  | MLR | Review spreadsheet with data from opt in interviews; emails co-counsel regarding mediation and possible settlement offer | 400.00 | 0.25 | 100.00 |
|  | MLR | Conference call with Mike Weinman regarding damages calculations and mediation strategy | 400.00 | 0.50 | 200.00 |
| 02/21/2017 | MLR | Review spreadsheet with summary judgment information for Defendant; email co-counsel regarding same | 400.00 | 0.50 | 200.00 |
|  | MLR | Work on pre-mediation statement | 400.00 | 1.50 | 600.00 |
| 02/27/2017 | MLR | Conference call with Emily Emmons to prep for mediation; review file materials to prep for mediation | 400.00 | 1.00 | 400.00 |
| 02/28/2017 | MLR | Attend mediation and pre-mediation meeting with co-counsel | 400.00 | 9.00 | 3,600.00 |
|  | ESE | Attend Mediation | 275.00 | 9.00 | 2,475.00 |

Case 1:15-cv-01162-STA-egb   Document 111-3   Filed 04/05/17   Page 10 of 11   PageID 1240

Jacky Stewart

Page: 5
March 23, 2017
Account No: 2919-001C
Statement No: 6698

Jacky Stewart, et al. v. Flowers Foods, Inc., et a

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/2017 | MLR | Meeting with Emily Emmons regarding finalizing settlement | 400.00 | 0.25 | 100.00 |
| 03/14/2017 | MLR | Review and revise motion for settlement approval | 400.00 | 1.00 | 400.00 |
| 03/15/2017 | MLR | Work on Motion to Approve Settlement | 400.00 | 2.00 | 800.00 |
| 03/16/2017 | MLR | Confer with Mike Weinman regarding finalizing settlement | 400.00 | 0.50 | 200.00 |
| 03/20/2017 | MLR | Telephone conference with Mike Weinman | 400.00 | 0.25 | 100.00 |
| | MLR | Review and revise joint motion for settlement and settlement agreement | 400.00 | 0.75 | 300.00 |
| | | For Current Services Rendered | | 157.75 | 52,100.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Michael Russell | 69.75 | $400.00 | $27,900.00 |
| Emily Emmons | 88.00 | 275.00 | 24,200.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 02/03/2016 | Mileage (EE) | 130.00 |
| 03/07/2016 | Deposition expense - Alpha Reporting Corp. | 979.60 |
| 04/08/2016 | Mileage (EE) | 137.00 |
| 04/28/2016 | Mileage to/from Jackson for status conference. | 137.00 |
| 04/28/2016 | Mileage to.from Jackson. | 137.00 |
| 10/13/2016 | Copies - Office Max. | 15.68 |
| | Total Expenses | 1,536.28 |
| | Total Current Work | 53,636.28 |
| | Balance Due | $53,636.28 |

Optional:
Credit Card Type: Visa____ Mastercard____ American Express____
Payment Amount $_____
Credit Card Number _____ Exp. Date _____

Signature _____

Draft Statement Run Totals 03/29/2017

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 157.75 |
| Fees: | 52,100.00 |
| Expenses: | 1,536.28 |